## SMITH *vs.* CHAMBERS.

Where the case below turned on the trial of an illegality, and the record does not contain the affidavit of illegality, a reversal is impracticable.

WARNER, Chief Justice.

## ELLIOTT *vs.* THE WESTERN AND ATLANTIC RAILROAD COMPANY.

This court held that the court below did not abuse its discretion in granting a new trial in this identical case, when the verdict was the same as now. See 58 *Ga.*, 454. We repeat the same ruling, with the remark that the superior court would have abused its discretion had it allowed any such verdict as $5,000.00 to stand in such a case.

JACKSON, Justice.

## VINCENT *vs.* PARK, administrator.

Where an award was entered of record and made the judgment of the court, and a decree was entered up thereon at one term of the court, and at the next term a motion was made to amend the decree so as to make it conform to the award, and the court refused the motion; and where the record does not contain the bill and answer or other pleadings, so as to enable this court to ascertain whether under the pleadings the motion to amend should have been granted or refused:

*Held,* that this court will not control the judgment of the chancellor in overruling the motion to amend.

JACKSON, Justice.